TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6924
     Facsimile: (951) 276-6202
     E-mail:    Sonah.Lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>FRANCISCO MEDINA CHAVEZ,<br>  aka "Pedro Calen," and<br>      "pedocali@protonmail.com,"<br><br>    Defendant. | Case No. ED CR 20-177-JFW<br><br>SUBMISSION OF VICTIM IMPACT STATEMENTS<br><br>Hearing Date: March 28, 2022<br>Hearing Time: 8:00 A.M. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of

///

|   |   |
|---|---|
| 1 |   |
| 2 | California and Assistant United States Attorney Sonah Lee, hereby |
| 3 | files victim impact statements received in this case. |
| 4 | Dated: March 17, 2022                    Respectfully submitted, |
| 5 |                                          TRACY L. WILKISON |
|   |                                          United States Attorney |
| 6 |   |
|   |                                          SCOTT M. GARRINGER |
| 7 |                                          Assistant United States Attorney |
| 8 |                                          JERRY C. YANG |
|   |                                          Assistant United States Attorney |
| 9 |                                          Chief, Riverside Branch Office |
| 10 |   |
|    |                                               /s/ *Sonah Lee* |
| 11 |                                          SONAH LEE |
|    |                                          Assistant United States Attorney |
| 12 |   |
|    |                                          Attorneys for Plaintiff |
| 13 |                                          UNITED STATES OF AMERICA |

**UNITED STATES v. FRANCISCO MEDINA CHAVEZ**
**ED CR 20-177-JFW**
**VICTIM IMPACT STATEMENTS**

| Exhibit No. | Series |
|---|---|
| A | AprilBlonde |
| B | At_School |
| C | CinderBlockBlue |
| D | Dalmatians (C) |
| E | Dalmatians (KE) |
| F | Dalmatians (KY) |
| G | Jenny |
| H | SpongeBob |
| I | Sweet Sugar |
| J | Tara |
| K | Vicky |