# EXHIBIT B

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| At_School (Violet) | | | |

### Victim Impact Statement for "Violet"

The following statement cannot begin to cover the totality of the impact the heinous act(s) against our daughter. She is given a "Life" sentence by the people who have downloaded her images of her sexual abuse. She will forever have the stigma and branding of someone's sexual object of pleasure. The lifelong impacts for our daughter are tragic and we are afraid for her future well-being.

For four long years, our daughters' sexual abuse was recorded on camera and subsequently distributed over the internet. Files were uploaded to secret hiding places where only other sexual abusers know about. The secret vault that caters to child pornography. Today's Information Age of Technology where most people benefit from such advances, has and will become even more so, a living hell for our daughter. As we all know, once something is posted over the World Wide Web, it cannot be taken back.

The despicable images and videos will forever be available to a person who seeks and finds pleasure in abusing children. Thousands upon thousands of people, all over the world have access to images of our little girl during her darkest days, to do so as they wish with those images. A person can download her image, create their own child pornography movie, share it with other monsters, or keep it for themselves to continuously exploit our daughter in their own private bedroom. Our daughter is a child whom does not deserve to be exploited day after day by everyone that has these images of her. She unjustly has a lifelong sentence of abuse and exploitation.

As our daughter grows up, and comes to realize the impacts of the sexual abuse and the methodology used in its perpetration, her adjustment into society with these torrid past experiences will be monumental. It will be an ongoing lifelong

1

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |

At_School (Violet)

process for her. To reiterate, her sentence is for "LIFE". The awareness that her sexual abuse is memorialized via the internet and will forever be devastating. Although she is a child, it won't be long until she learns and realizes that thousands of people, all over the world can view her sexual images as long as they wish. She has no control of the circulation of those horrid videos. This is a tragedy. Our daughter will always be a victim each time another monster "enjoys" her videos. Again, this is a horrible tragedy, and leaves us helpless because there is nothing we can do to stop the distribution of such images.

      Our daughter is bright, inquisitive and has a heart of gold. She dreams of being a school teacher, perhaps to help and educate kids who have experienced similar abuses as her. Our daughter has natural athletic abilities and is a fantastic soccer and basketball player. As her parents, we are committed to showing her what typical loving family life is like; most definitely a life without ongoing sexual abuse.

      Knowing that people all over the world can continue to exploit her is the deepest concern. We dread the day we must tell her the abuse was videotaped and distributed all over the internet. Once she fully comprehends how her suffered abuse has been spread around the internet for others to "enjoy", it will shatter her soul. I repeat, we are afraid for her physical and mental health. While out shopping or eating at a restaurant, we are constantly worried and afraid one of these online monsters would recognize her from videos. If she is recognized, what stops them from approaching her, or possibly intending to kidnap her? As her mother, this is my worst fear. As she grows older and matures, the images of her abuse remain stagnant in a creepers mind. Once she, herself realizes the impact of her abuse there is no telling how she would react.

2

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| At_School (Violet) | | | |

One can only imagine she has the potential to feel violated all over again, she might feel ashamed or embarrassed; she may constantly be distracted, she may even feel the abuse was her fault. Adding to these feelings, knowing that she wouldn't be able to take down her online images, would be extremely painful and unnerving. She would feel helpless. As she becomes an adult and becomes more involved in society, how will her childhood abuse and continued exploitation affect her? At this time, we are carefully and constantly monitoring her for adverse signs of the abuse. She is being monitored by a counselor in hopes to become and remain successful in the healing process. There is no telling how much counseling she will need. The sexual abuse itself is one aspect to heal from, but the rather more challenging aspect is the simple fact that her abuse is forever available online.

    Any person(s) caught with sexual images of our daughter deserves the most severe punishment allowed by the courts. By having our daughters' sexual abuse images online, monsters will continue to exploit her, leaving her with a tremendous amount of pain to deal with. Those individuals must be held accountable for their actions. Our daughter has a "Life" long sentence of victimization and will need help to recover from the trauma.

I swear and affirm under penalty of perjury that the above statement is true.

Date: March 28, 2019

Signature [signed]

Mother of "Violet"

3