# EXHIBIT F

Case Name:	U.S. v. FRANCISCO CHAVEZ	Conviction Date:	06/28/2021

Docket#:	20-CR-177	Request Date:	08/24/2021
Dalmations (Ky)

### Multiple Victim Series Disclaimer: ███
Current as of October 9, 2014

The ███ series has eleven identified victims. There are three victim impact statements on file. Two are from victims and the third one is from two victims' family. In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

Case Name:   U.S. v. FRANCISCO CHAVEZ    Conviction Date:    06/28/2021

Docket#:   20-CR-177    Request Date:    08/24/2021
Dalmations (Ky)



### Victim Impact Statement for the School-Aged Child

What is your name? ▮
How old are you? ▮   What grade are you in? ▮

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I mett him at the fair and the next yea we mett through a friend. hangout at his house. he told the other kids to get us invoked

Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

makes me feal embaressed don't really tell any body don't like to talk to police

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

humped to deth by a horse and make the bet aids and die

Case Name:   U.S. v. FRANCISCO CHAVEZ      Conviction Date:   06/28/2021

Docket#:   20-CR-177                Request Date:      08/24/2021
Dalmations (Ky)

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you.   Don't have any

Is there anything else you would like the judge to know about how you feel because of what has happened to you?   that they all should get hump by a horse and get aids and get stds and all the other kinds of sicknessis in the world