# EXHIBIT G

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |

Jenny

---

Victim Impact Statement

"Jenny"

I'm 18 now and so I am writing this to have my own voice in my victimization when I was a child.

I was only seven when my predator began molesting me and photographing me. It went on for two years before they found him on the internet sending pictures of me to men. Then they found me after arresting him, but my life has never been the same. I have lived my life uncomfortable with men and boys around. I am always conscious of my clothing and making sure no one can see any parts of me. I worry about the pictures of me that are out there and I hate that others see them. I have feared over the years that someone would recognize me in public. I wish only that every single one can be found and destroyed someday. It is upsetting thinking about them and I want them to go to jail for doing it.

Not many people know what happened to me and if they know anything it is not the whole truth. I don't want people to know and I want to forget it but I cannot do that all the time. I want to shut off my brain so many times.

I want my perpetrator to stay in jail forever and I fear when he gets out. It has been so hard to trust anyone, even family and friends sometimes, since he did those things to me. I went to therapy for a while but I stopped because I just wanted to forget it. With the pictures still out there I can't.