# EXHIBIT H

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 SpongeB (Andy) | Request Date: | 08/24/2021 |

October 22, 2020

Victim Impact Statement

**To Whom it May Concern:**

The name I go by is Andy from ▇▇▇, I am a male victim of child sex abuse and child pornography. My sexual abuse occurred from the ages of 6 – 12. During this time my victimization was documented and shared across the country, and is continuously being shared. My series of victimization is known as the Sponge Bob Series. The images and videos taken of me being sexually abused are one of the most widely distributed male victim series in the country.

The aspect of my victimization that is hardest to deal with is the child pornography.  There are over 500 cases where criminals are either under investigation, charged or sentenced with being in possession of my images. The fact that my images are out there, and are being shared every day, is something that I think about and have to deal with every day of my life.

Since learning about the widely shared pornography, I have experienced negative changes in my life, my personality, my outlook on life and the world, and my ability to trust and interact with people.  One of the main issues I deal with is anger—especially to male strangers.  I am naturally suspicious, even when I see people in grocery stores or walking around my community.  I fear that someone has viewed the pornography showing my abuse.  I fear that I will be recognized.  I struggle with extreme anger and trust issues.  Some of this anger has lead me to act out aggressively—sometimes to strangers, other times to family members, friends and even though who are just trying to help me.  I find it difficult to regulate my hatred, suspicions and fears.  Unfortunately, to cope with my anger and to deal with the knowledge of my abuse being looked at—probably on a daily basis—I also turn to other destructive diversions such as drugs and alcohol.  How else can someone live with what is happening to them over and over again?  Through some therapy, I am trying to learn other coping skills but it is hard and it is a daily struggle.

I THINK ABOUT THE CHILD PORNOGRAPHY EVERY DAY!  There is not one day that goes by that I don't think, with hatred, about the sick and disgusting people who view, trade, save and "get off" on my abuse when I was just a little kid and couldn't defend myself.  It is sickening.  I feel that every single criminal that is found with mine or another child's images should be held accountable for the highest amount possible to help us victims repair our lives.  Each pervert who finds pleasure in my childhood abuse should suffer the fullest consequences of the law—be that prison, strict parole conditions, restitution, counseling, and, they should NEVER be allowed to be alone with little kids.

Now that I am over the age 18, I am in more fear. I worry about these perpetrators coming after me and harming the children in my life. I think about this every day.

My images may never be taken off the internet and may always be circulating across the country, but in THIS case, with THIS defendant, I ask for justice to be served.  Please hear my voice and know it is difficult for me to know there are defendants out there, like the one before you at sentencing.   Please hold him accountable for his harm of me.    With restitution, my hope is that I can start to heal, learn how to handle my circumstances, and build my life.

Thanks,

Andy

*Andy is my pseudonym to keep my identity private; my true identity can be confirmed by speaking with my attorney's.