# EXHIBIT I

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Sweet White Sugar (Pia) | | | |

## VICTIM IMPACT STATEMENT
## BY PIA'S MOTHER
## "SWEET SUGAR" VICTIM

Regarding my daughter:

How has this crime affected my child's general well being? A crime of this magnitude has had an enormous emotional effect on my child. My child's life has been changed forever. She is very aware of the images and videos that were produced and distributed online. She is aware of the seriousness and vastness of this crime. This crime creates a crippling insecurity in her and makes her worried and extremely upset. The fear consumes her daily. Talking about this crime (the distribution of her abuse images) causes her to feel sick almost to the point of vomiting. When her siblings start to talk about anything related to this crime, she will ask us, her family, to stop talking about it and will go on to say how she feels ill. She will shut down and not want to talk about it. At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see. She is afraid, as am I, that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing. My child, the victim, understands that I, her parent, will do whatever is necessary to keep her safe and be her voice in the ongoing criminal proceedings. I do not know how to help her come to terms with what she continues to experience. I worry that it may never be possible for her to "recover" from the ongoing abuse. I fear that she may not be able to grow beyond it because she is forever that little girl, caught in those images that are repeatedly viewed by the defendant and his ilk.

What physical injuries or symptoms has my child suffered as a result of this crime? My child has prolonged major trauma that will mess with her mind for the rest of her life. She is concerned for her appearance, and, at times, has asked to alter her features to change her appearance. Around the time when our family was notified of the crime of the circulation of her images, she wanted her hair style to cover her

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Sweet White Sugar (Pia) | | | |

eyes. She was so little and scared, that it was a possibility that other predators might notice her from pictures and videos that surfaced online so she tried to hide herself! At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see. She is afraid, as am I, that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing.

How has this crime affected the way my child relates to his or her friends, either at school or in my neighborhood? Has the crime affected my child's school work in any way? I'd like to give you an example of how this crime has affected her in relation to social situations at home and school. At home, she is often afraid to go outside and play unless one of her family members is watching and keeping an eye on her. Mostly she has resorted to staying inside where she feels safe. She used to be such a carefree, outgoing little girl, not afraid of anything. The circulation of her abuse images has fueled a type of ingrown fear causing her to be withdrawn, often causing her to not want to engage in public events. Most recently, there was talk about a school project that the teacher had requested the students converse with an adult (a Community Political Party Leader) online, for the sole purpose of asking questions related to politics. My child was in no way comfortable communicating online with an adult, especially a stranger. She is afraid of the internet, and what she knows is out there.

My joy of parenting has been paralyzed. When I became a mom, never did I once think that my child would become a victim of sexual exploitation. Abused and molested over and over again through online child pornography. Sexual predators watching my little girl being coerced into performing degrading acts of cruel and violent abuse. My child's body being violated incessantly. She is my baby. Her well-being and my job to protect her is my concern. How is she protected from individuals such as this person? Individuals that willingly upload, possess and share videos of her? My older children are appalled to learn that these videos are in circulation. One of my children said to me, "But Mom, they can be removed forever, right?" How do I reply to a question like that? This particular individual somehow gained possession of the videos we speak of. How can I insure they will be removed forever?

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Sweet White Sugar (Pia) | | | |

I worry about my daughter's safety and wonder if she is recognized by other pedophiles when we are out in public. My trust in other people is forever tarnished. Neither I nor my child know: who has seen her images? What do people assume or believe about her, based upon what has been circulated on the internet? She does not want to be defined by her abuse, but she cannot escape it either. When we go to a public place, like a mall, a theater, a sporting event, I wonder: who here has seen my child's abuse? Like my child, I am suspicious of everyone, and I no longer believe in the goodness of other people. I fear that strangers may come after my child, seeking to perpetuate or re-enact the abuse they've witnessed, perhaps even trying to kidnap her. My child and I are defensive and fearful in ways that other children don't have to be—because their privacy isn't invaded on a regular basis by strangers, like the defendant.

Do you have any idea how this has affected us? Counseling is ongoing, but it can only help us cope with the reality—it cannot un-do the harm. Financially we have struggled greatly. My mental and emotional health has been affected due to the crime and has impacted my ability to work full time. Emotionally we have all had to manage depression brought on by the knowledge of the ongoing crimes.

As the parent, I try to be strong, but feel very weak. I am overcome with grief; I feel dead. I myself have been diagnosed with Post-Traumatic Stress Disorder. I have had to delicately handle my older children's emotional turmoil that they have experienced due to their knowledge of these crimes.

I look at my beautiful little girl and am heartbroken. I wish I could put a stop to this crime. Today I am her advocate. I am her voice. She is the victim of a horrible crime, that no one ever, especially a child, should ever have to go through. When she becomes an adult she will be retold the stone cold truth, about what is fully online and how she has been silently abused all these years. I know she will be livid but beyond that, what other life-long health issues will she encounter? It pains me to even imagine.

This defendant has damaged, demeaned and de-valued my child. He or she may tell the court they are sorry, but there is no actual accountability to my daughter for the ways that the defendant has harmed her.

To the defendant:

You make me angry. I stand here broken-hearted for my child. As the parent, I am devastated. How will this crime affect her future? My own mind can't even comprehend why an individual would seek to possess, distribute and watch images of my child being abused. I want to protect her and keep her safe. My well being is at stake. Insecurity runs rampant through all of us. It is a daily struggle to maintain strength. The uncertainty of who is watching or viewing my exploited child is killing me!

Your actions more than disgust me! How can you prey on helpless, innocent little kids? How could you deceive everyone? It's because of people like you that our trust

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Sweet White Sugar (Pia) | | | |

in others has been compromised. My kids attend school. Are they safe to do so? How many other people like you are there out there?

I want to keep my child in a bubble to ensure that she is safe from people like you. Unfortunately, her abuse is on the internet. How can I reassure her that those images and videos are no longer being circulated online?

Her little body is supposed to be her most valuable possession, and not intended to be available for unlimited exposure. She becomes powerless through your actions. I want to know how many times you indulged in watching my child be abused. How many other people did you share the abuse with? I want to make it clear to you that my child is not a sexual object or your toy! This child is my pride and joy. I love her more than anything in the world. Being a mom is all I have ever dreamed of. What I didn't ever dream of is her life being crushed by this horrendous crime.

I have prepared this statement to speak on her behalf. I am determined to be her advocate. I strive to be the best Mom that I can be. I sacrifice my needs for the sake of my child's needs. Unfortunately, it's apparent that you and people like you selfishly pursue your own self-interest with no regard for the harm inflicted upon my child. You make me sick. Have you any remorse? Because my child has to live the rest of her life knowing that she was and is still being looked at and watched by people like you.

No court order can restore what you have taken from her—and what she is exposed to by the continuing circulation of her images to others, with no regard for her, as a child, as a person. I want you to understand the damage you have done to my daughter. I want you to understand the tremendous costs she bears and I bear for the damage you have done by invading my daughter's privacy and circulating her images.

I swear and affirm that the above statement is true and accurate.

Dated this 27th day of March, 2019.



| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Sweet White Sugar (Pia) | | | |

ADDENDUM TO VICTIM IMPACT STATEMENT

I'm in disbelief that I am actually having to explain the on-going suffering of my daughter(s) in point form. Each criminal found guilty of contributing to the exploitation of my girls should be handed a sentence that includes restitution for them. The restitution is justice for my daughters.

I have four children that each have different needs at different times. In the last few months I've been trying to keep Pia's head above the water. This little girl is in a downward spiral. She is at an age that she wants larger answers and yet it is not in her best interest for her own health and wellness to be exposed to the gross details of her abuse. It would be even more detrimental to her development. It pains me to have to explain myself and the situation she is having to deal with. I myself have to remove my protective layer and feel completely violated and vulnerable (just like my girls must feel each and every time they need to be evaluated) just to prove that my children deserve restitution.

I've been dealing with a little girl who talks daily about not wanting to exist anymore. A little girl whose pain is so great and who feels so hopeless and angry that she talks openly about wanting to kill herself. She has become more depressed and anxious as she is maturing and growing, and as she understands to a greater depth the ongoing crimes committed against her. She will not socialize with peers outside of school. School attendance is irregular and I am working with the school counsellor. My daughter had a breakdown at school just last week when she was speaking to her school counsellor. She is easily overwhelmed by her emotions. Her counsellor was very worried and concerned about her talk about suicide. Pia will be seeing a new counsellor, soon. It's not a problem that will ever be solved but it is the only option out there to teach her how to manage the continuous pain experienced from the existing ongoing abuse she must endure.

DATED THIS 30 DAY OF JUNE, 2019.