# EXHIBIT K

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

## UPDATED VICTIM IMPACT STATEMENT FROM "VICKY" SERIES VICTIM—September 23, 2013

Dear Judge

I am writing to let you know that I am still having emotional and psychological problems due to knowing that the images of me being abused as a child are circulated freely on the internet. I am attending counseling or don't need it any more. That is very far from the truth. I have been in counseling over the last several years and am continuing on. Many of my same problems remain but I have made good progress in dealing with the disassociation problems that I have had in the past.

I have recently gotten married and with this change to a new stage in my life I have found that I have a new set of emotional challenges. I also have a step daughter who is just two years old. I see myself in her in so many ways and this triggers many concerns I have about keeping her safe given the amount of people who are downloading images of me. Because of this I know that the world is not a safe place for children. Knowing that there are so many out there who have taken pleasure in my pain has also interfered with my intimacy with my husband. The images which were intermittently flashing in my waking thoughts and in my nightmares are now more frequent as my marital relationship brings up things which trigger these symptoms for me. I know now that my life will always be an emotional roller coaster because of the "public" nature of my own private hell. Even though I know this and can see it coming, it is very hard to bear. Counseling is a rock for me and helps me hang on to what stability that I can.

I am still focused on my schooling so that I can become a counselor and psychologist myself one day and help other children who have been abused. I have to take it more slowly than other students do as I still find that I cannot attend open classes in the usual manner. I have not found a job that I can do and feel safe, I have not been able to work because of the panic attacks that I get when working in public or the intrusive questions that always seem to come from co-workers in my small town. So the restitution which I received is very important to allow me to pay for the extra schooling and to take the place of the income I would have received had I been able to work and support myself in this process.

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

All of the statements in the impact statements I have given before are still true for me. As I go on with my life the effects of these crimes still hurt me and I want the court and every one involved in the child pornography cases to understand this and how serious it is.

Thank you for reading my statement and considering me and the effects of this crime on me.

I, _____, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencings in cases in which involve my images.

_____

SUBSCRIBED AND SWORN TO BEFORE ME this __30__ day of __September__, 2013

STATE OF _____     :
                              : ss:
COUNTY OF _____   :

I certify that I know or have satisfactory evidence that _____ signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 30th day of September, 2013.

_____
Type/printed name
Notary Public in and for the State of _____
My commission expires: __11-6-13__

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

**Supplement to Victim Impact Statement of Vicky Series Victim**

**January 31, 2013**

I am making this supplement to my prior Victim Impact Statement to make clear that each additional time that another person downloads and sees the computer images that are now known as the "Vicky series" it does me immeasurable additional harm. I am hurt every time I hear about another criminal case that involves my images. With each criminal case that I hear about I know that many more copies of my images are spread around the internet; I know that there is a lesser and lesser chance that the horror I feel about people seeing me in this way will ever end.

    It seems the cases will never stop coming. With each one I have more to talk to my therapist about. I don't know if I will ever not need a therapist. I have hopes that some day there will be no more new cases and I can then see an end to the therapy that is my lifeline now. But so far, that does not seem to be possible.

    Despite feeling hurt each time I learn about another case with my images, I feel strongly that I have a right to know about every case. My attorney keeps me up to date on there being notices coming in with new and on-going cases. Even though we don't talk about the details of each case, I do know that additional notices about new cases are coming in. Each one means an additional hurt to me. This hurt is over and above the general "aching" in my heart that is always there. It tells me that someone else was enjoying my pain. It may be hard for someone else to understand, but I feel that by knowing about the cases, even though it hurts, it helps me better protect myself in some small way. My knowledge that this defendant was among those who have downloaded, looked at, and enjoyed the pictures of me at my most vulnerable has caused me more and real psychological and emotional hurt and harm.

I declare that this statement is true and correct under penalty of perjury under the laws of _____. Signed at _____1/31/13_____.

Case Name:     U.S. v. FRANCISCO CHAVEZ        Conviction Date:     06/28/2021

Docket#:       20-CR-177                       Request Date:        08/24/2021
Vicky (Lily)

**UPDATED VICTIM IMPACT STATEMENT FROM
"VICKY" SERIES VICTIM—December 2011**

I live everyday with the horrible knowledge that many people somewhere are watching the most terrifying moments of my life and taking grotesque pleasure in them.  I am a victim of the worst kind of exploitation: child porn.  Unlike other forms of exploitation, this one is never ending.  Everyday, people are trading and sharing videos of me as a little girl being raped in the most sadistic ways.  They don't know me, but they have seen every part of me.  They are being entertained by my shame and pain.

My world came crashing down the day I learned that pictures of me being sexually abused had been circulated on the internet.  Since then, little has changed except my understanding that the distribution of these pictures grows bigger and bigger by the day and there is nothing I can do about it.  The enormity of this has added to my grief and pain, and given me a paranoia.  I wonder if the people I know have seen these images.  I wonder if the men I pass in the grocery store have seen them. I feel totally out of control.  They are trading around my trauma like treats at a party and it feels like I am being raped all over again by every one of them.  It sickens me to the core, terrifies me and makes me want to cry.  So many nights I have cried myself to sleep thinking of a stranger somewhere staring at their computer with images of a naked me on the screen.  I have nightmares about it often.  I can never feel safe so long as my images are out there; every time they are downloaded I am exploited again, my privacy is breached, and I feel in danger again.  I fear that any of them may try to find me and do something to me.

I have a right to know who has my pictures and who is trading them.  While it hurts to know, not knowing makes me feel more in danger.  To be criticized for wanting to know what is going on with the humiliating pictures of me, to exercise the few rights I have under the law, only makes the hurt that much worse.  How can such people not understand, or care?

I am justified in my paranoia.  Some of these perverts have contacted me. I have received emails suggesting making porn with these

Page 1 of 4

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: Vicky (Lily) | 20-CR-177 | Request Date: | 08/24/2021 |

strangers; one has stalked me. Another created a slideshow of me on YouTube.

As I go on with my life the effects of these crimes still hurt me and I hope the court and every one involved will understand this and how serious it is. While the abuse from my biological father was awful, as time goes on that is farther and farther away from me. He is in jail and can never hurt me. That is over. The men that download my pictures are all around me for all I know and it will keep going on forever. I have no control over it at all. This is frightening, beyond belief.

I still have nightmares that come from knowing that pictures of me are spread around the internet by people with perverted interests in my pain. I have panic attacks and flashbacks. I can't sleep a lot of nights--no matter how early I go to bed or how early I wake up in the morning. Even if I've barely slept for days and I'm exhausted, sleep doesn't come easy. I take afternoon naps just to function, but something about the night time puts my mind on alert and after all these years and going to different counselors, I still haven't learned the trick to let my mind rest. When I do sleep, my dreams are vivid and I remember them for weeks. A common theme is finding myself naked in front of a crowd of people or in an enclosed space and I can't escape or run away fast enough.

Most days I can put away the thoughts of the previous night and function okay, but some days I get "stuck" and zone out. When this happens, I sit in the same spot motionless for a long time. My mind will come back at some point later in the day, maybe 30 minutes later or maybe 6 hours later. I can't remember what I did during that time but I look around my apartment for clues. This happens a few days out of the month, more frequently if I'm under a lot of stress.

I've left my home in this "zoned-out" state of mind a few times. Friends and family who've seen me in this state describe me as "loopy" and tell me that they can talk me out of it by pointing out my odd behavior and talking me through some deep breaths. They've told me my personality changes when this happens. I can't remember things I've said in that state, and when they repeat them back to me it's really surprising.

Page 2 of 4

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

I have struggled off and on with this, which I now know is called dissociating. This last year I felt under such stress, I started zoning out (or disassociating) a few times a week and having the personality issues so bad that my friends were really concerned about me. They kept telling me I wasn't acting normal, especially at night. I had missed a lot of the first two weeks of school so I had the added stress of trying to catch up. I felt like I couldn't control it. I never knew when I was going to zone out and I kept missing classes and appointments. It seems crazy, but it took me a long time to recognize what was going on and to get myself to start working on my coping skills again.

School has been a struggle. I have had to quit two different times; I cannot attend a regular college away from home due to my paranoia. Over the last year I have been disassociating and missing classes. This puts me behind and hurts my grades. I'm doing my best to salvage my grade and do all the extra credit I can to compensate. My struggles with sleep due to the fear of unknown people watching my images and coming after me compounds all the other problems. It frustrates me because I hate the feeling of being out of control, yet these effects can get triggered when I least expect it.

My paranoia about pornography and panic attacks have so far made a serious relationship beyond my capabilities. The paranoia of knowing people are viewing videos of me messes with my mind and adds a back burner type of stress to my life constantly that is brought to the front of my mind by unexpected situations and still throws me for a loop, the episodes of disassociation and personality change, and stress management. Many of my PTSD symptoms have gotten better. One thing that has gotten worse is that the stress affects my health and makes me sick. I sometimes stress out to the point of not being able to keep food down for days. It also seems to wear down my immune system because I seem to be getting sick more often. In my efforts to counteract this I try to work on doing regular exercise, eating healthy, and taking vitamins every day.

I want you to know that dealing with the effects of the stress of random men looking at pictures of my sex abuse as a child is like a full time job that wears me down and colors every aspect of my life. Please think of me and what I am going through.

Page 3 of 4

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: Vicky (Lily) | 20-CR-177 | Request Date: | 08/24/2021 |

I, _____, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencings in cases in which involve my images.

_____

SUBSCRIBED AND SWORN TO BEFORE ME this ____6____ day of _March_____, 2012.

_____
CAROL L. HEPBURN
Notary Public in and for the State of _____,
Residing at _____.
My commission expires 11-6-13.



Page 4 of 4

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: Vicky (Lily) | 20-CR-177 | Request Date: | 08/24/2021 |

### LETTER TO DEFENDANT FROM VICKY'S HUSBAND

In my home every day is riddled with challenges: each with its own challenges that plague the mind and sear a broken heart towards callous obscurity.  We chase the ghosts of the past and battle the phantoms that fight to keep that darkness circulating.  Unfortunately, time can't heal all things, this is especially true as we face the persecution of a wound opened again and again for the pleasure of strangers.  You have more impact than you know.  It is our desire not only that justice be served, but that true change would be enacted through the enlightenment of this unfortunate situation.

I assure you that child pornography is not a victimless crime.  These are not the recorded tales of mutual love, but of the violation of a child's trust and the savage destruction of their childhood; resulting in a fractured and unforgiving adulthood.  There are many affects of child pornography, some more extreme than others. My wife suffers from dissociative personality disorder, which means her memory shuts off to protect her from triggers to perceived trauma.  Many of these triggers (some as simple as a word) have been discovered; but as you might guess, there are still new scenarios encountered all the time.  We are still unable to celebrate her birthday because of events that were beyond her control and their effects still linger today. Our family must guard our personalities very closely when using social media or other internet accounts.  We have been plagued by stalker after stalker calling themselves "fans" and being oblivious to the damage they are causing a survivor of one of the most traumatic evens a human can experience.

My aim is not to hurt you with these words; I pray that you were unaware of the damage you have caused.  My greatest hope is that we can meet with the realization that child pornography must stop.  There are too many little girls with broken hearts, walking around feeling empty because someone wanted what was not theirs and then took it by force and coercion.

You are a participant in that crime. You became part of the problem.

I am asking you now to help us make amends for your sins and the sins of many.  Please speak out against this act, impact the world around you for good, and turn away from what I can only describe as a great evil in our midst.  This evil creeps into the lives of otherwise good men, and begins to corrupt the heart.

I am imperfect and so how could I expect you to be? You have already been forgiven, and I want nothing more than your full restoration without the mar of your past habits and appetites.  Unfortunately, that means consequences; those that challenge you and place you in new scenarios in life.  I believe that God has a plan for you, He has not cast you aside or condemned you outright.  Please consider the ways that you can turn your perspective around, experience true repentance, and walk freely as a man redeemed.

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 Vicky (Lily) | Request Date: | 08/24/2021 |

    I don't wish you pain, I don't wish you sorrow, I only ask for your assistance in putting the light back in so many broken little girls' eyes. Help put an end to child pornography, you have more impact than you know.

    Sincerely,

    Vicky's Husband

DECLARATION OF COUNSEL

    This Letter to Defendant was received by me November 17, 2016 from the person I know to be the husband of the Vicky series victim. It has not been edited or altered by me and is presented to the Court in this form to preserve the anonymity of the Vicky series victim and her family.

_____
Carol L. Hepburn

STATE OF _____ :
    : ss:
COUNTY OF _____ :

    I certify that I know or have satisfactory evidence that Carol L. Hepburn signed this instrument, on oath, and acknowledged it as his/her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

    Dated this 18th day of November, 2016.

Notary Public
State of Washington
MICHELLE D SPARKS
My Appointment Expires May 16, 2019

Michelle D. Sparks
Type/printed name Michelle D. Sparks
Notary Public in and for the State of _____
My commission expires: 5/16/19
Residing at:

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

Victim's Impact Statement – Mother of Victim Vicky Series       October 1, 2010

Your Honor and ladies and gentlemen of the court:

My daughter was raped and sexually abused in so many horrible ways, as a child, by her biological father. He also videotaped her abuse, as he ravaged, raped, and pillaged her 10 year old body. This sick man shared these repulsive pictures and videos of her on the internet for perverts like himself, to see. The sexual abuse she suffered at the hands of her father, without a doubt, started her agonizing pain, but this is certainly not where her pain ends, or mine. Yes, the memories and trauma of her abuse still haunt her, and our family, but, now, there is a new abuser. The new abusers are the sick individuals who down load her pictures, and enjoy watching her being sexually assaulted as a child. This sickens me! Every time these pictures of my daughter are looked at and passed around, the depraved people doing this are furthering my daughter's pain, shame and abuse. They pass it around like some dirty magazine, when in fact it's the footage of an abused, helpless child. There are days when the pain from this is unbearable for me. These vile people increase her pain, and mine. These are certainly not the hopes and dreams I had for my little girl; this life of pain and shame. It is so terribly sad and painful, to watch her struggle with this. These awful people are raping my little girl all over again, by cruelly enjoying her pain and deriving some sick sexual pleasure out of it. The knowledge of this sends me into mourning; mourning the loss of my child's dignity and well being, and mourning the fact that she suffers such deep pain. I have watched her suffer so much already and it kills me. I have to watch her suffer still, at the hands of people wanting to view the nightmare of her abuse, as her innocence was being robbed. She was a child and helpless, and made to do disgusting things she did not want to do. Approval from her biological father came only when she carried out his every dirty command. He posed her, insisted she say certain things, and made her force a smile as he was brutalizing her. When I think of my daughter being groomed and posed and make to feel so dirty in these perverted, and depraved pictures, and videos, it hurts me to the core. I wonder how there can be people that could actually enjoy watching my little girl getting raped, and sexually abused. I wish they knew how much it hurts, and how much they are worsening our pain. Knowing that these disturbing videos of her and her abuser are being viewed, and are continuing to foster this corrupt sexual behavior, bring a lot of pain, stress and shame to her. At the cost of here dignity, modesty, and innocence, people viewing those images of her, are furthering the terrible addiction of child pornography for themselves and others they pass it on to. Those images are not who my daughter is, or ever wanted to be, but because she was robbed of her innocence, forced to do ugly things, and it was videotaped, she is continually being viewed as someone she is not. She is in fact the opposite. These offenders are still victimizing and torturing her, bringing pain and shame every time they look at those images of her. As her mother, I share in this heartbreaking pain and the sadness this brings to me is unending. These viewers need to understand that there is a helpless little girl on the other side of these videos, whose innocence and childhood were shattered and viewing these things make them a part of the abuse, and unimaginable pain my daughter, and our family have to face all the time. Making viewing, and downloading child pornography is wrong and a crime. I hope everyone can know that child pornography is not a victimless crime by the statement I've shared with you about my daughter, and our family's constant pain and struggle.

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: Vicky (Lily) | 20-CR-177 | Request Date: | 08/24/2021 |

Victim's Impact Statement – Mother of Victim Vicky Series          October 1, 2010

Update 10/01/2010

Now as a young adult, my daughter's life is still very hard and she still struggles so much, due to her sexual abuse and it being constantly viewed. I also struggle. It is so devastating to know your child's life has been brutalized, and to make matters worse, it has been released to the public for any deviant, at the press of a button, to view and continue this sickening process of enjoying my daughter's pain.

Although, she is making progress and growing stronger, this still has a major grip on her life, as it also does on mine. She has never had a boyfriend, due to trust issues and fear of relationships. She does very well in college and is trying to open herself up more to her friends, and fellow students. This is going to be a continuing process. She feels like she is marked with a scarlet letter because of her victimization and rape, marking her with shame. The pornographic images of her are out there continually being viewed, and will continue to be forever.

If I could quote my daughter in something she often says in describing how she feels about these people downloading her images….If you can imagine having a bad picture of yourself taken, one that you're really embarrassed about ….now picture yourself naked, being raped and abused and hurt at the age of nine or ten….your pictures of abuse at the hands of someone else are now being viewed for anyone to see at the touch of a button on a computer…..these viewers are even interacting with your images of abuse. That is how she feels everyday……wondering who is going to see her next.

As I write this impact statement I find myself drained because of the emotional strain and pain that comes from reliving this horrible ongoing crime that terribly affects me and my family. It's a huge sorrow every day of my life, and my daughter's life, knowing her images of abuse are being traded, viewed, and inter acted with, by sick people using her nine year old body as a sexual thrill. To know these perverted people want to partake in, and are excited about the horror of your child's little body being raped over and over again makes me sick! These viewers know she is a child. They can very clearly see that. It makes no difference to them. They're the reason my daughter and our family have to keep reliving this horror of her abuse because they keep it going. They keep viewing it and passing it on to others. She didn't have a choice….they do!! Their choice is traumatizing my daughter and exploiting the broken pieces of her life. These viewers made the choice to descend to the lowest degree and rape her with their eyes , and with their minds, as she was being robbed of her innocence at 9 years old. I feel robbed every time I get notified of another case involving my daughter's images. I feel like some part of her is being taken and used and abused every time I hear of another perpetrator. Can you imagine how hard it is for her to regain her self esteem, dignity, and well being? It confuses me that some people in powerful positions can believe this is a victimless crime…..not only is our daughter a victim, but our family is also.

As her mother, the sadness of what has happened to her and what is still happening to her is unending. They say time is a healer of all wounds, but I have yet to feel this pain sub side.

Child pornography is a crime and those viewing it are committing a crime that always hurt the child or children who are involved. It is destructive in every way to the viewer as well. This crime needs to have severe consequences because of the devastating pain, fear, and shame it causes children. This pain

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

Victim's Impact Statement – Mother of Victim Vicky Series            October 1, 2010

does not end for the child or their families, but continues on for the rest of their lives.  I wish I could take away my daughter's pain and give her back what has been stolen from her.  I cannot, but I am asking for accountability from the individuals who have hurt her and are continuing to hurt her.  For my daughter and countless others who are victims of such a terrible and painful crime; please grant us justice today!

 Sincerely,



Page **3** of **3**

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

**VERIFICATION**

STATE OF ▮ )
                       ) ss.
COUNTY OF ▮ )

I, ▮, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencing proceedings in cases which involve the images of my daughter.



SUBSCRIBED AND SWORN TO before me this 16 day of October, 2010.

PRINTED/TYPED NAME: CAROL HEPBURN

NOTARY PUBLIC in and for the State of _____, residing at _____.
My Commission Expires 11-6-13.

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

Victim's Impact Statement – Step-Father of Victim Vicky Series        October 1, 2010

To whom it may concern,

My family has endured five years, to date, of a living hell because of the selfish, perverted actions of a very sick and evil individual.  My daughter lived with this pain and trauma for six years prior, unable to tell anyone because of the fear she had for her biological father.  We thought we were dealing with one "bad apple", but as time goes by we are finding that there are more and more of these sick individuals that are viewing, and sickly satisfying their awful desires.

We still have the haunting memories of the letters in the mail, and emails letting us know of all the individuals that are being prosecuted because they have our daughter's images, child pornographic images, on their computer.  We don't' receive the notices anymore, the pain and gut wrenching reminder of receiving enough notices to over flow a 55 gallon drum is more than my family can take.  It's also unfathomable to know there are so many perverts in this country and around the world.  It sickens me and hurts me to the core knowing that so many perverts are viewing my little daughter as she was made to dress up like a hooker, and is molested and raped time and time again.  I am heartbroken knowing that I couldn't protect my daughter.  The letters and emails brought that pain up again and again and I couldn't deal with that, knowing her innocence has been torn away and now how she is continually reminded that her pictures will be there forever!   This father's heart is broken.

My daughter carries her shame like a scarlet letter.  She knows that if a friend or acquaintance looks her up on the internet they are going to find the ugly, horrible, awful history that eats away at her self-esteem and paralyzes or inhibits her ability to function at school and as a normal young adult. She knows that this is the challenge that she has to live with, but the horrible trauma continues to take its toll on her body and soul.  The constant reminder that her pictures are out there brings forward the guilt and shame, which cause nightmares and makes her want to isolate herself from others.  Each time she hears about these cases she looks so strong on the outside, but when you sit and talk with her you see the pain, you hear the struggles and feel the sadness, despair and the emotional drain that it causes.

My family is asking for Justice with each case that is brought forward with these perverted individuals.  We are hoping and praying that they can understand how wrong they are and how hurtful their actions are for each victim in the pictures and videos on their computers.  We want them to know that they have a choice to decide to view the images, or not, and because they have chosen to view these child pornographic images they are victimizing each child viewed… bring back the pain and suffering these children have already had to endure.  Our Justice System needs to protect these children from the preying eyes and hands of these perverts, because they can't fight back, or don't know how to.  Our Justice System needs to understand that there is a victim in each of these images, and each time a picture is downloaded these children are victimized again and again.  Please help these perverted individuals understand the significance of what they are doing and how each child is a victim because each child has done nothing wrong.

My daughter is the strongest person that I know and I am so proud of her.  It is extremely sad to see how this horrible situation continues to beat her down emotionally and physically.  She still has trouble sleeping due to nightmares of the horrible trauma she went through, and also of new people finding out

Page **1** of **2**

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: Vicky (Lily) | 20-CR-177 | Request Date: | 08/24/2021 |

Victim's Impact Statement – Step-Father of Victim Vicky Series          October 1, 2010

who she is, or unknown people finding her and abusing her. She also has severe stomach aches and headaches that incapacitate her, causing her to miss school and work. I pray that she can heal from the trauma that her biological father did to her and from the constant reminders that each of these sick individuals bring with each download. I also pray for the rest of my family. The crimes against my daughter have had untold effects on our other children, my wife and myself. This "living hell" that I first mentioned is a day-to-day ordeal that can raise its ugly head at the most in-opportune times. Like my daughter, we are sometimes paralyzed by the trauma that comes from being the parents of a sexually abused child. The sad fact is this doesn't end, because my daughter's images will be out on the internet forever, continually reminding her and us of how fragile we all are. The internet is such a powerful tool, but child pornography, and how it perpetuates the re-victimization of children is an extreme consequence to our society as a whole, but specifically to our vulnerable children.

Our society views our children as precious little gifts that we should love and protect. Some sick, perverted individuals use the internet as their evil play ground to share and use in their sick, fantasy world. They choose to do this. They choose to push the buttons. They make a decision to download and view. Actions sometimes have consequences, and when actions like this happen the consequences should be powerful and lasting. Give my daughter her justice, so that she may completely heal some day.

Respectfully,



| | | | |
|---|---|---|---|
| Case Name: | U.S. v. FRANCISCO CHAVEZ | Conviction Date: | 06/28/2021 |
| Docket#: | 20-CR-177 | Request Date: | 08/24/2021 |
| Vicky (Lily) | | | |

p

**VERIFICATION**

STATE OF ▮▮▮▮▮▮▮ )
                           ) ss.
COUNTY OF ▮▮▮▮▮ )

    I, ▮▮▮▮▮▮▮, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencing proceedings in cases which involve the images of my step-daughter.

SUBSCRIBED AND SWORN TO before me this _16_ day of _October_, 2010.

PRINTED/TYPED NAME: _CAROL Hepburn_

NOTARY PUBLIC in and for the State of ▮▮▮, residing at ▮▮▮▮▮▮▮.
My Commission Expires _11-6-13_.